UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 1:19-11467-PBS

ALIRIO TEIXEIRA BAPTISTA
Plaintiff

v.

LYONS, et al
Defendants

## TEMPORARY RESTRAINING ORDER

**YOUNG, D.J.**

Treating the prayer for affirmative injunctive relief as seeking all lesser forms of relief, this Court, ex parte, enters the following temporary restraining order to preserve the status quo and all the rights of the parties:

Upon the filing of a petition verified under oath (the present petition is not), the respondents, their agencies, servants, employees, and all persons acting in concert with them, including the Article I adjudicative arm of the Department of Homeland Security (the immigration courts) are hereby restrained and enjoined for the period of ten days from taking any action whatsoever - procedural or substantive - further to effectuate the deportation of the petitioner. Any action taken in violation of this order is void and of no force and effect.[1]

This order shall terminate upon the happening of the first of the following three conditions:

1. The petitioner is afforded the opportunity to attend duly scheduled hearings pertaining to his post-conviction remedies in the Courts of the Commonwealth.

2. The Court enters a further order modifying or terminating this temporary

---

[1] This restraint is necessary since appeal from such actions is so restrictive.

restraining order.

3.  **Ten days shall elapse.**

**SO ORDERED**

                                                       /s/  William G. Young
                                                       **United States District Judge**

**July 5, 2019**