```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| ALIRIO TEIXEIRA BAPTISTA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. 19-11467-PBS |
| | ) |
| MR. TODD LYONS, et al., | ) |
| | ) |
| Respondents. | ) |
| | ) |

ORDER OF SERVICE

YOUNG, D.J.

Immigration detainee Alirio Teixeira Baptista has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

Upon review of the petition, the Court hereby orders:

1.  The clerk of this Court shall serve a copy of the petition upon all three respondents, the United States Attorney for the District of Massachusetts, and the Attorney General for the Commonwealth of Massachusetts.

2.  The respondents shall respond to the petition on a date to be set later by the Court.

3.  The Court's Standing Order (ECF No. 3) and Temporary Restraining Order (ECF No. 4) remain in force.  The Clerk shall serve copies of these orders with the petition.

SO ORDERED.

Dated:  July 5, 2018          /s/ William G. Young_____
                              WILLIAM G. YOUNG
                              CHIEF, U.S. DISTRICT JUDGE