UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIRO TEIXEIRA BAPTISTA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. 19-11467-PBS |
| | ) |
| MR. TODD LYONS, et al., | ) |
| | ) |
| Respondents. | ) |
| | ) |

ORDER TO RESPOND

Saris, C.J.

On July 5, 2019, the Court ordered that the petition in this action be served. No response date was set at the time.

The Court now orders the respondents to respond to the petition no later than Friday, July 26, 2019. The response shall be in the form of a motion to grant or deny the petition and a memorandum of law in support thereof.

SO ORDERED.

Dated: July 9, 2019

/s/ Patti B. Saris
PATTI B. SARIS
CHIEF, U.S. DISTRICT JUDGE