UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIRIO TEIXEIRA BAPTISTA, )<br>)<br>Petitioner, )<br>) C.A. No. 19-11467-PBS<br>v. )<br>)<br>TODD M. LYONS, Acting Field Office )<br>Director, U.S. Immigration Customs Enforcement; )<br>ANTONE MONIZ, Superintendent of Plymouth )<br>County Correctional Facility; and )<br>JOSEPHY D. MCDONALD, JR., Sheriff )<br>of Plymouth County, )<br>)<br>Respondents. )<br>) | |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for Respondents.

                                                                  Respectfully submitted,

                                                                   ANDREW E. LELLING,
                                                                   United States Attorney

                                   By:    /s/ Michael Sady
                                               Michael Sady BBO # 552934
                                               Assistant U.S. Attorney
                                               United States Attorney's Office
                                               1 Courthouse Way, Suite 9200
                                               Boston, MA  02210
                                               (617) 748-3100
                                               michael.sady@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the NEF.

                                       /s/ Michael Sady
                                       Michael Sady
                                       Assistant U.S. Attorney

Dated:  July 10, 2019