UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIRIO TEIXEIRA BAPTISTA, <br><br> Petitioner, <br><br> v. <br><br> TODD M. LYONS, Acting Field Office Director, U.S. Immigration Customs Enforcement; ANTONE MONIZ, Superintendent of Plymouth County Correctional Facility; and JOSEPHY D. MCDONALD, JR., Sheriff of Plymouth County, <br><br> Respondents. | C.A. No. 19-11467-PBS |

RESPONDENTS' MOTION TO DISMISS
PETITIONER'S PETITION AS MOOT

The Respondents by and through their attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby request that this Court dismiss the Petitioner's Petition as moot. As reasons therefore, Respondents state that the Petitioner was released from Respondents' custody on July 19, 2019.

1