**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                                        )
ALIRIO TEIXEIRA BAPTISTA,               )
                                        )
            Petitioner,                 )
                                        )
v.                                      )   Civil Action
                                        )   No. 19-11467-PBS
TODD LYONS, Acting Field Office         )
Director US. Immigration and            )
Customs Enforcement, ANTONE MONIZ,      )
Superintendent of Plymouth County       )
Correctional Facility, JOSEPH D.        )
MCDONALD, JR., Sheriff of               )
Plymouth County,                        )
                                        )
            Respondents.                )
_____ )
```

**ORDER**

August 16, 2019

Saris, C.J.

In accordance with the Court's Order dated August 16, 2019 (Docket No. 11), this case is hereby dismissed without prejudice.

                                          /s/ Patti B. Saris
                                          HON. PATTI B. SARIS
                                          Chief U.S. District Judge